No. 1241. DANIEL CONSTRUCTION CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Robert T. Thompson* for petitioner. *Solicitor General Griswold* and *Arnold Ordman* for respondent.

No. 1243. CAIELLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Philip C. Pinsky* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 1246. RANKIN *v.* FLORIDA ET AL. C. A. 5th Cir. Certiorari denied. *Milton E. Grusmark* and *Natalie Baskin* for petitioner. *Earl Faircloth,* Attorney General of Florida, *Gus Efthimiou, Jr.,* Assistant Attorney General, and *T. T. Turnbull* for respondents.

No. 1248. CARROLL *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. C. A. 1st Cir. Certiorari denied. *Benjamin E. Gordon* for petitioner. *David W. Walsh* for respondent.

No. 1257. SCHLEGEL *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Norman Dorsen* and *Melvin L. Wulf* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Robert V. Zener,* and *Robert E. Kopp* for the United States.

No. 1258. ADAMS *v.* LAIRD, SECRETARY OF DEFENSE. C. A. D. C. Cir. Certiorari denied. *Norman Dorsen, Melvin L. Wulf,* and *Ralph J. Temple* for petitioner. *Solicitor General Griswold, Assistant Attorney General Yeagley,* and *Robert L. Keuch* for respondent.